UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER B. HOWARD,

    Plaintiff,

v.

WASHINGTON CORRECTION CENTER, DEPARTMENT OF CORRECTIONS, and MASON COUNTY SHERIFFS OFFICE,

    Defendants.

Case No. C05-5466FDB

ORDER DISMISSING **FRIVOLOUS COMPLAINT PURSUANT TO 28 U.S.C. § 1915**

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, and the remaining record, and there being no objections filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's complaint is DISMISSED;

(3)     The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

(4)     The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 22nd day of November 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1